No. 67639.—APPEAL 5100.—Organon, Inc. *v.* United States. 

C.D. 2303 affirmed January 16, 1963. C.A.D. 812.

APRIL 25, 1963

No. 67640.—APPEAL 5102.—United States *v.* Border Brokerage Co. et al.—
—C.D. 2311 affirmed January 16, 1963. C.A.D.
811.

BEFORE THE FIRST DIVISION, APRIL 29, 1963

No. 67641.—Mexican Products Company *v.* United States, protests 322767–K and
322768–K (Laredo).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the
merchandise consists of carrizo baskets the same in all material respects as those
the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083),
the claim of the plaintiff was sustained.

No. 67642.—Pan American Import Co. *v.* United States, protest 58/13869
(Laredo).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the
merchandise consists of carrizo baskets the same in all material respects as those
the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083),
the claim of the plaintiff was sustained.

No. 67643.—Judson Sheldon International and The Scholl Mfg. Co., Inc. *v.*
United States, protests 62/11449–12807 and 62/2889–12780 (Chicago).

Opinion by WILSON, J. In accordance with stipulation of counsel that the
merchandise consists of polyurethane foam toecaps similar in all material
respects to those the subject of Abstract 66909, the claim of the plaintiffs was
sustained.